**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:      In the Matter of M.I.S.

Appellate case number:   01-14-00684-CV

Trial court case number:  12013-05802J

Trial court:                   313rd District Court of Harris County

      Our review of the above-referenced appeal requires a supplemental clerk's record containing the charge submitted to the jury on or about July 17, 2014, reflecting the jury findings and signed by the foreperson on July 18, 2014.  Accordingly, we order that the district court clerk file a supplemental clerk's record containing the jury charge by no later than November 13, 2015.

      It is so ORDERED.

      PER CURIAM

      Panel consists of Justices Jennings, Keyes, and Bland.

Date:  November 5, 2015